Judith ROMO; Vincent Taldone; Robin Tayler; Margaret Taylor; Randy Taylor; Ray Teets; Lawrence Tells; Kathryn Temchack; Charles Terry; Veronica Terry; Roberta Thorne; Margaret Tivis; Linda Todd; Delores Toohey; Debra Tourville; Dena Tsouals; Allen Turner; Carolyn Turner; Wanda Turner; Starlet Tyrone; Gloria Underwood; Henry Underwood; Janice Vanison; William Verheyen; Charles Vildibill; Sharon Wallgren; Pam Walsh; Sharon Walsh; Keesha Warrior; Latanga Washington; Darlene Watt; James Weiss; Wesley Welborne, III; Debra Wheeler; Marsha Whitt; Carolyn Whyno; Cecilia Wilckens; Sandra Wilemon; Stella Wilkerson–Clark; Joann Williams; Joyce Williams; Rose Williams; Shantas Williams; Mary Wilson; Rose Wilson; Patsy Winzey; Jimmie Wise; Ruth Wolfson; Juanita Woodson; Lynne Wysocky, single individuals, Plaintiffs–Appellees,

v.

TEVA PHARMACEUTICALS USA, INC., Defendant–Appellant.

Margalit Corber; Rene Caro; Steve Dantzler; Linda Sowards; Lori Huisman; Johnny George, Sr.; Terry Perry; William Rackley; Angela Young; Pamela Rodriguez; Steven Syverson; Olga Caicoya; Janet Carroll; Rose Cash; Ulad Celentano; Virginia Costanzo; Kimberly Filligim; Armeldia Smith; Carla West; Joanne Bierzynski, Individually and As Next of Kin to Eleanor Wojcik; Sharley Morris; Wyomia Timmons; Dean Reinking; Daniel Thorne; Wendelen Ashby; Carmen Bedford; Claude Commodore;

**910**

James Henson; Nancy Locke; Mildred Scott; Billie Burnett; Sheena Hall; Brenda Roberge, individually and as next of kin to Ernest Roberge; Deborah Woodsum; Richard Pascuito, Plaintiffs–Appellees,

v.

Xanodyne Pharmaceuticals, Inc., Defendant–Appellant.

Nos. 13–56310, 13–56306.

United States Court of Appeals, Ninth Circuit.

Feb. 10, 2014.

James Paul Sizemore, The Sizemore Law Firm PLC, El Segundo, CA, Andrew Nathan Chang, Esner, Chang & Boyer, Walnut Creek, CA, Stuart Bruce Esner, Esner, Chang & Boyer, Pasadena, CA, Elise R. Sanguinetti, Khorrami, LLP, Oakland, CA, Matthew J. Sill, Sill Law Group, Edmond, OK, for Plaintiffs–Appellees.

Amy Bridget Alderfer, Esquire, Greenberg Traurig LLP, Los Angeles, CA, Karin Bohmholdt, Greenberg & Traurig LLP, Santa Monica, CA, Lori Gail Cohen, Victoria Davis Lockard, Esquire, Ginger Pigott, Esquire, Greenberg & Traurig LLP, Atlanta, GA, Elliot H. Scherker, Esquire, General, Greenberg Traurig PA, Miami, FL, for Defendant–Appellant.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion in *Romo v. Teva Pharmaceuticals USA, Inc.*, No. 13–56310, shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge McKEOWN did not participate in the deliberations or vote in this case.